# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

CHANGE OF PLEA IN  USA v. Win Hang Vong

CRIMINAL NO. CR417-13  AT  Savannah, Georgia

***********************************************

WITH CONSENT OF THE COURT, THE

DEFENDANT  Win Hang Vong , HAVING

PREVIOUSLY ENTERED A PLEA OF  Not Guilty ,

HEREBY WITHDRAWS THAT PLEA AND ENTERS A PLEA

OF  Guilty  TO  Count 2 (two)

IN THE INDICTMENT.

THIS 12th DAY OF  April , 2017.

NOLLE PROSSE AS
TO COUNT(S) _____

_____
Win Hang Vong  DEFENDANT

_____
COUNSEL FOR DEFENDANT
Julie M. Wade